**Motion Granted; Appeal Dismissed and Memorandum Opinion filed November 15, 2011.**



**In The**

# Fourteenth Court of Appeals

—————————

## NO. 14-10-01244-CV

—————————

### CITY OF HOUSTON, Appellant

### V.

### CLAUDINE M. ANELLO, BATISTA J. ANELLO AKA BATISTA JOSEPH ANELLO & CLAUDE JONES COMPANY, L.L.C., CLAUDE B. ANELLO, REGISTERED AGENT, DEANN RENA LACROIX, RONALD GENE ROSSI & KATHLEEN MCIVER AKA KATHLEEN VANKEUREN, Appellees

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-20504**

## MEMORANDUM OPINION

This is an appeal from a judgment signed October 1, 2010. On November 4, 2011, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.